# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL MERTH,<br><br>    Petitioner,<br><br>    v.<br><br>G. PUENTES,<br><br>    Respondent. | Case No. 1:19-cv-00251-LJO-SAB-HC<br><br>ORDER DENYING PETITIONER'S REQUEST TO AMEND BRIEFING SCHEDULE<br><br>(ECF No. 10) |

    Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.

    On April 15, 2019, Petitioner filed a document entitled "Objection to Initial Findings of Magistrate," wherein Petitioner requests the Court to shorten the time period within which Respondent must file a response to the petition. (ECF No. 10 at 1). The Court has ordered Respondent to file a response within sixty days, (ECF No. 6 at 1), and Petitioner requests a response within forty days.

    "Rule 4 contains no fixed time requirement and gives district courts discretion to set appropriate deadlines for responses to habeas petitions." Schwarz v. Meinberg, 478 F. App'x 394, 395 (9th Cir. 2012) (citing Clutchette v. Rushen, 770 F.2d 1469, 1474–75 (9th Cir. 1985)). While the Court appreciates Petitioner's urgency, the Court finds that Petitioner has not justified shortening the time for Respondent to respond to the petition. Petitioner is advised that the Court

is aware of his petition and acts to resolve all pending cases in the most efficient manner possible.

Accordingly, IT IS HEREBY ORDERED that Petitioner's request to amend the briefing schedule (ECF No. 10) is DENIED.

IT IS SO ORDERED.

Dated: **April 17, 2019**

UNITED STATES MAGISTRATE JUDGE